1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  FRED W. DAVIS,                           CV F   04 6763 REC SMS  P

10                          Plaintiff,

11        v.                               ORDER FINDING SERVICE OF COMPLAINT
                                           APPROPRIATE AND FORWARDING
12                                         DOCUMENTS TO PLAINTIFF

13  HUSKEY, et. al.,

14                          Defendants.
     _____/

15
16        Fred W. Davis ("Plaintiff") ("Plaintiff") is a state prisoner proceeding pro se and in

17  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

18        The Court has screened Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915A

19  and finds that it states cognizable claims for relief under 42 U.S.C. § 1983 against Defendant

20  Ramey for an Eighth Amendment violation of excessive force and a state law claim of assault

21  and battery.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002);

22  Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754

23  (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

24  Accordingly, IT IS HEREBY ORDERED that:

25        1.      Service is appropriate for the following Defendant(s):

26                CORRECTIONAL OFFICER C.  RAMEY

27  _____

28  [1] In a Findings and Recommendations issued concurrently with this order, the Court recommended that
Defendants Huskey and Ramey be dismissed from this action for failure to state any claims upon which relief may be
granted.

1

2.      The Clerk of the Court shall send Plaintiff  **ONE** USM-285 forms, **ONE** summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Amended Complaint filed April 24, 2006.

3.      Within THIRTY (30) DAYS from the date of this Order, Plaintiff SHALL complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.      Completed summons;

b.      **ONE** completed USM-285 form for each defendant listed above; and

c.      **TWO** copies of the endorsed Amended Complaint filed April 24, 2006.

4.      Plaintiff need not attempt service on the Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      The failure to comply with this Order will result in a Recommendation that this action be dismissed.


IT IS SO ORDERED.

Dated:      February 26, 2007                    /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE

2