UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED W. DAVIS, | ) | 1:04-cv-6763 LJO SMS PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |
| v. | ) | (DOCUMENT #28) |
| HUSKEY, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2007, defendant Ramey filed a request/motion to extend time to respond to the first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Ramey is granted thirty days from the date of service of this order in which to respond to the first amended complaint.

IT IS SO ORDERED.

**Dated:   June 25, 2007**           /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE