UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED W. DAVIS, | ) | 1:04-cv-6763-LJO-SMS-PC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| v. | ) | RECOMMENDATION RE: DEFENDANT'S |
| | ) | MOTION TO DISMISS (DOCS. 31, 33) |
| J. W. HUSKEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding in forma pauperis and pro se with an action for damages for violation of his civil rights. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On February 8, 2008, the Magistrate Judge filed findings and a recommendation that Defendant's motion to dismiss Plaintiff's state law claims be granted. The findings and recommendation were served on all parties on the same date and contained notice that any objections to the findings and recommendations were to be filed within twenty (20) days of the date of service of the order. Over twenty days have passed, but no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636

1

(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed February 8, 2008, are ADOPTED IN FULL; and

2. Defendant Ramey's motion to dismiss Plaintiff's state law claims of assault and battery IS GRANTED.

IT IS SO ORDERED.

**Dated:   March 13, 2008**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE