IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Fred W. Davis, | ) | No. 1:04-cv-06763-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| C. Ramey, et al., | ) | |
| Defendant. | ) | |

The Court has received Defendants' Notice of Motion and Motion to Compel Plaintiff's Response to Document Request. (Doc. # 44.) Because Plaintiff is now located far from Fresno and because the undersigned is a visiting judge, the Motion will be decided on the briefs and without a hearing or oral argument.

IT IS THEREFORE ORDERED, pursuant to Local Rule 1-102(d) and 78-230, that:

1. Defendants' Notice of Motion and Motion to Compel Plaintiff's Response to Document Request (Doc. # 44) will be decided on the briefs and without hearing or oral argument.

2. Plaintiff shall file with the Clerk of the Court and serve upon Defendants' counsel any opposition to the Motion by January 30, 2009, and Defendants may file a reply to any opposition within 10 calendar days of service of Plaintiff's opposition.

3. Plaintiff is reminded that, because he is no longer in custody, his opposition (and all other court filings) are not deemed filed until the day they are received by the Clerk of the Court. They are not deemed filed when mailed to the Clerk of the Court. Plaintiff must serve copies of all filings upon the attorneys for the Defendants by hand-delivering or mailing them to the attorneys for the Defendants and shall file proof of service with the Clerk of the Court.

4. If Plaintiff does not timely file and serve an opposition to Defendants' Notice of Motion and Motion to Compel Plaintiff's Response to Document Request (Doc. # 44) by January 30, 2009, the Court will then summarily rule upon the Motion without opposition.

DATED this 12th day of January, 2009.

_____
Neil V. Wake
United States District Judge