IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Fred W. Davis,<br><br>          Plaintiff,<br><br>vs.<br><br>C. Ramey, et al.,<br><br>          Defendant. | No. 1:04-cv-06763-NVW<br><br>**ORDER** |

IT IS ORDERED that Defendants file with the Clerk of the Court the written discovery requests that are the subject of their Motion to Compel Discovery (doc. #44).

DATED this 15th day of January, 2009.

_____
Neil V. Wake
United States District Judge