IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Fred W. Davis, | ) | No. 1:04-cv-06763-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| C. Ramey, et al., | ) | |
| Defendants. | ) | |

    The parties and counsel are reminded that it is their duty to inform the Court immediately when pending motions have been resolved so the Court will not waste its time ruling on such matters.

    DATED this 6th day of February, 2009.

_____
Neil V. Wake
United States District Judge