# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Fred W. Davis, | No. 1:04-CV-06763 NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| J. W. Huskey; C. Ramey, | |
| Defendants. | |

Before the Court is Defendant Ramey's Motion for Summary Judgment. (Doc. #53.) Plaintiff was warned by order of February 27, 2009, of his need to respond to the motion by March 18, 2009, and of the consequences of failure to respond. (Doc. 55.) The time to respond to the motion has expired, and no response has been filed. The Court considers the unopposed Motion for Summary Judgment on its merits and finds it to be well-taken. The undisputed evidence shows nothing beyond reasonable use of force, and only *de minimis* force at that. Nor is their any evidence of malicious or sadistic use of force. There is no evidence of substantial physical harm to Plaintiff. Finally, if there were evidence of a constitutional violation, it is undisputed that Defendant is entitled to qualified immunity in the undisputed circumstances of this case.

**IT IS THEREFORE ORDERED** that Defendant Ramey's Motion for Summary Judgment (doc. #53) is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment in favor of both Defendants and that Plaintiff take nothing. The Clerk shall terminate this action.

DATED this 25th day of March, 2009.

_____
Neil V. Wake
United States District Judge